## **CERTIFICATE OF SERVICE**

I, Colin R. Robinson, hereby certify that on January 10, 2022, a true and correct copy of the attached *Plaintiff's Motion for Default Judgment* was served as set forth on the attached service list.

                                                */s/ Colin R. Robinson*
                                                Colin R. Robinson (DE Bar No. 5524)

**First Class Mail**
Corporation Service Company
Registered Agent for iALT Enhanced Income Portfolio LLC
251 Little Falls Drive
Wilmington, DE 19808

**First Class Mail**
iALT Enhanced Income Portfolio I LLC
Attn: Christian Katzman, Managing Principal
10311 Jovita Ave.
Chatsworth, CA 91311

**First Class Mail**
Devon Mason, Inc.
Attn: Ivan Acevedo, CEO
10311 Jovita Ave.
Chatsworth, CA 91311

**First Class Mail**
Devon Mason, Inc.
Attn: Neal Marks, RIA
23801 Calabasas Road, Suite 2026
Calabasas, CA 91302-1664

**First Class Mail**
Ivan Acevedo
Register No. 77953-112
FCI Mendola
Federal Correctional Institution
P.O. BOX 9
Mendota, CA 93640

**First Class Mail**
Ivan Acevedo
Register No. 77953-112
FCI Mendola
Federal Correctional Institution
Satellite Camp
P.O. Box 9
Mendota, CA 93640