# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>IALT ENHANCED INCOME PORTFOLIO I, LLC; IALT PORTFOLIO MANAGEMENT, LLC; DEVON MASON, INC.<br>Defendants. | Adv. Proc. No.: 19-50895 (JKS)<br><br>**Ref Docket No. 32** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2022, I caused to be served the "Judgment by Default" dated February 7, 2022, [Docket No. 32], by causing a true and correct copy to be enclosed securely in separate

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
2nd day of March, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, R/A FOR | IALT ENHANCED INCOME PORTFOLIO LLC | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| DEVON MASON, INC. | ATTN: NEAL MARKS, R/A | 23801 CALABASAS ROAD, SUITE 2026 | | | CALABASAS | CA | 91302-1664 |
| DEVON MASON, INC. | ATTN: IVAN ACEVEDO CEO | 10311 JOVITA AVE | | | CHATSWORTH | CA | 91311 |
| FCI MENDOLA | ATTN: IVAN ACEVEDO; REGISTER NO 77953-112 | FEDERAL CORRECTIONAL INSTITUTION | PO BOX 9 | | MENDOTA | CA | 93640 |
| FCI MENDOLA | ATTN: IVAN ACEVEDO; REGISTER NO 77953-112 | FEDERAL CORRECTIONAL INSTITUTION; SATELLITE CAMP | PO BOX 9 | | MENDOTA | CA | 93640 |
| IALT ENHANCED INCOME PORTFOLIO I LLC | ATTN: CHRISTIAN KATZMAN, MANAGING PRINCIPAL | 10311 JOVITA AVE | | | CHATSWORTH | CA | 91311 |